## INDUSTRIAL COMM v KRIEGER et

Ohio Appeals, 6th Dist, Lucas Co

Decided May 27, 1935

Frank E. Calkins, Toledo, for plaintiff in error.

Yager, Bebout & Stecher, Toledo, for defendants in error.

For full opinion see 5 OO 473; 51 Oh Ap 510.